UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

No. 98-2809

─────────

In Re: CHEROKEE CORPORATION OF LINDEN, VIR-
GINIA, INC.,

                                                Debtor.

─────────────────────────

CHEROKEE  CORPORATION  OF  LINDEN,  VIRGINIA,
INC.,

                                Plaintiff - Appellant,

        versus

CAPITAL SKIING CORPORATION,

                                Defendant - Appellee.

─────────

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Alexandria. Gerald Bruce Lee, District Judge.
(CA-98-1146-A, BK-96-15445-MVB)

─────────

Submitted:  August 31, 1999       Decided:  September 13, 1999

─────────

Before MURNAGHAN, WILLIAMS, and MICHAEL, Circuit Judges.

─────────

Affirmed by unpublished per curiam opinion.

─────────

Robert J. Jones, ROBERT J. JONES, P.C., Alexandria, Virginia, for Appellant. John T. Donelan, LAW OFFICES OF JOHN T. DONELAN, Alexandria, Virginia, for Appellee.

―――――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Cherokee Corporation appeals from the district court's order affirming the bankruptcy court's order denying its counterclaims asserted against Capital Skiing Corporation. Our review of the record discloses no reversible error. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>